UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLORIA J. ANDREWS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:02-CV-685 ) (VARLAN/GUYTON) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The Plaintiff's Motion to Compel Discovery [Doc. 40] was referred to the undersigned for consideration and determination by District Judge Thomas A. Varlan. The parties have advised the Court that all matters in controversy between the parties have been settled and that this case is to be dismissed pursuant to an agreement. Therefore, the Plaintiff's Motion to Compel Discovery [Doc. 40] is **DENIED AS MOOT.**

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge